SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Abraham J. Colman (CA 146933)
acolman@reedsmith.com
Raagini Y. Shah (CA 268022)
rshah@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000; Facsimile: 213.457.8080
Attorneys for Defendant Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD FRANK,<br><br>         Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>         Defendants. | Case No.: 5:12-cv-01236-AG-SP<br><br>STIPULATED REQUEST FOR DISMISSAL |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(i), the parties respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

| | |
|---|---|
| Dated: September 24, 2012 | /s/ Elliot Gale<br>Elliot Gale, Esq.<br>Attorney for Plaintiff |
| Dated: September 24, 2012 | /s/ Raagini Shah<br>Raagini Shah<br>Reed Smith, LLP<br><br>Attorneys for Defendant<br>Bank of America, N.A. |

STIPULATED REQUEST FOR DISMISSAL - 2